UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00290-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANGEL SOLORZANO-ROBLES, a/k/a Angel Solorzano-Rubles,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, July 31, 2009,** and responses to these motions shall be filed by **Tuesday, August 11 , 2009.**  It is

FURTHER ORDERED that counsel may request a hearing on all pending motions, if necessary, and final trial preparation conference at a future date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, September 8, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: July 16, 2009

         BY THE COURT:

         s/ Wiley Y. Daniel
         Wiley Y. Daniel
         Chief United States District Judge